BURTON S. CASTLES v. METROPOLITAN CASUALTY INSURANCE COMPANY OF

New York.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.